IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EMILE JOHN GARCIA AND KIMBERLY GARCIA,

      Appellants,

v.

BETH PITTMAN AND TOWER HILL
SELECT INSURANCE COMPANY,

      Appellees.

_____/

Case No.  5D21-3117
LT Case No. 2018-CA-305

Decision filed January 17, 2023

Appeal from the Circuit Court
for Citrus County,
Carol A. Falvey, Judge.

Dimitrios A. Peteves and Bryan S.
Gowdy, of Creed & Gowdy, P.A.,
Jacksonville, and J. Daniel Clark, of
Clark & Martino, P.A., Tampa, for
Appellants.

Daniel S. Weinger, Anthony J.
Petrillo, and Jeffrey Benson, of Luks,
Santaniello, Petrillo, Cohen &
Peterfriend, Tampa, for Appellee,
Beth Pittman.

No Appearance for Appellee, Tower
Hill Select Insurance Company.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., EVANDER and JAY, JJ., concur.